BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AINU ZHENG, | Case No.: 2:16-cv-264 JAM KJN |
| Plaintiff, | |
| v. | **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |
| LORETTA LYNCH, et al., | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on her application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand. In the event the adjudication results in a denial of the application, the parties stipulate that jurisdiction may revert to this Court, following exhaustion of administrative remedies. 8 U.S.C. § 1421(c). The parties will promptly file a status report in such event.

1 | Dated: March 31, 2016

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: March 31, 2016

Respectfully submitted,
/s/ James B. Macy
JAMES B. MACY
Attorney for the Plaintiff

## ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

DATED: 3/31/2016

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE